**WO**             IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 06-3091m |
| v. | ) | |
| Christine Gomez, | ) | ORDER OF DETENTION |
| Defendant. | ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

Defendant does not dispute the information contained in the Pretrial Services Report.

The Pretrial Services Reports recommend that the defendant be placed in the third party custody of her mother with other conditions of release.  After discussion with defense counsel, the defendant does not wish to be released to the third party custody of her mother.

Without this availability and based on the factors set forth in the assessment of non-appearance section of the March 3, 2006 Pretrial Services Report the Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 13th day of March, 2006.

Edward C. Voss
United States Magistrate Judge