WO

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America

v.

Christine Gomez

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 06-3091M

Craig Orent (FPD)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** Guilty to a Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE OF** violating Title 8, USC §1325(a)(2) and Title 18, USC Section 2, Aiding and Abetting an Alien to Elude Examination and Inspection by Immigration Officers of the United States, a Class B Misdemeanor.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **90 DAYS**, with 18 days of credit for time served.

**SPECIAL ASSESSMENT:** Remitted    **FINE:** Waived    **RESTITUTION:** N/A

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on government motion.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **3/21/2006**

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge

Date: March 23, 2006

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By: _____
United States Marshal                     Deputy Marshal